314 F.2d 947
 NATIONAL LABOR RELATIONS BOARD, Petitioner
v.
CENTRAL STATES JOINT BOARD, et al.
 No. 17288.
 United States Court of Appeals Eighth Circuit.
 March 19, 1963.
 
 Petition to enforce order of National Labor Relations Board.
 Stuart Rothman, Gen. Counsel, and Hugh E. Sperry, Regional Director N.L.R.B., for petitioner.
 Bernard J. Firestone, Detroit, Mich., for respondent.
 PER CURIAM.
 
 
 1
 Order of Labor Board enforced on petition for enforcement and stipulation for entry of consent decree.